IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MCCREADY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-2226 |
| | : | |
| **UNITY SOBER LIVING HOMES, LLC,** | : | |
| **RE/MAX ACHIEVERS** | : | |

# ORDER

**AND NOW**, this 16th day of July 2025, upon considering defendant Unity's motion for partial summary judgment (DI 67), plaintiff's opposition (DI 86), defendant Re/Max's motion for summary judgment (DI 69), plaintiff's opposition (DI 85), defendant Re/Max's reply (DI 89), plaintiff's motion for partial summary judgment (DI 71), defendant Unity's opposition (DI 81), plaintiff's reply (DI 88), following oral argument held on June 24, 2025, and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Plaintiff's motion for partial summary judgment (DI 71) as to Unity on wrongful eviction and violation of the FHAA, with damages to be assessed at trial, and on return of security in the amount of $150.00, is **GRANTED**.

2. Defendant Unity's motion for summary judgment (DI 67) as to IIED is **GRANTED** and we **DENY** it as to all other claims.

3. Defendant Re/Max's motion for summary judgment (DI 69) is **DENIED**.

**MURPHY, J.**