IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MCCREADY | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-2226 |
| | : | |
| RE/MAX ACHIEVERS | : | |

## FINAL JUDGMENT

**AND NOW**, this 5th day of January 2026, following entry of, and in accordance with, the jury's verdict (DI 221) and Fed. R. Civ. P. 58(b)(2), it is **ORDERED**:

1.    We enter **JUDGMENT** in favor of defendant Re/Max Achievers and against plaintiff John McCready for Mr. McCready's Fair Housing Act Claim.

2.    We enter **JUDGMENT** in favor of plaintiff John McCready and against defendant Re/Max Achievers for Mr. McCready's Negligence Claim according to the jury verdict.  *See* DI 221 at 5 (stating 51% of negligence attributable to Re/Max Achievers and $78,000 in damages).[1]

3.    We enter **JUDGMENT** in favor of defendant Re/Max Achievers and against plaintiff John McCready in regard to Mr. McCready's Unfair Trade Practices and Consumer Protection Law Claim.

4.    The parties shall meet and confer and, no later than **January 12, 2026**, advise the court whether further litigation is expected (e.g., post-trial motions, fees and costs, etc.); the parties may propose a schedule if necessary.

MURPHY, J.

---

[1] If the parties would like the judgment to be stated differently, they may submit a proposed amended form of judgment.