**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN MCCREADY,<br><br>    *Plaintiff,*<br><br>  v.<br><br>UNITY SOBER LIVING HOMES, LLC, *ET AL.,*<br><br>    *Defendants.* | Civil Action No.: 2:24-cv-02226 |

## <u>AMENDED FINAL JUDGMENT</u>

**AND NOW**, this  27th  day of  February  , 2026, upon the parties' stipulated request, we hereby **AMEND** the Final Judgment (DI 230) in form only to clarify language, without any substantive modification to the rights, obligations, or relief previously adjudicated, and **ORDER**:

1.    We enter **JUDGMENT** in favor of Defendant Re/Max Achievers and against Plaintiff John McCready on Mr. McCready's Fair Housing Act Claim.

2.    We enter **JUDGMENT** in favor of Plaintiff John McCready and against Defendant Re/Max Achievers on Mr. McCready's Negligence Claim in the amount of $39,780.00,[1] plus post-judgment interest thereupon to accrue at the rate of 3.48%, computed daily and compounded annually from January 6, 2026 until the judgment is paid in full.[2]  *See* DI 221 at 5.

3.    We enter **JUDGMENT** in favor of Defendant Re/Max Achievers and against Plaintiff John McCready on Mr. McCready's Unfair Trade Practices and Consumer Protection Law Claim.

---

[1] This net amount reflects the jury's $78,000 gross damages award, proportionally reduced in accordance with its allocation of fault—51% to Re/Max Achievers and 49% to Mr. McCready. *See* DI 221 at 5.

[2] The total amount of post judgment interest accrued as of February 27, 2026, is $201.01.

**BY THE COURT**:

_____

Hon. JOHN F. MURPHY