IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MCCREADY | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-2226 |
| | : | |
| RE/MAX ACHIEVERS | : | |

## ORDER

**AND NOW**, this 25th day of June 2026, upon considering plaintiff's petition for attorney's fees and costs (DI 231), defendant's opposition (DI 238), plaintiff's reply (DI 245), defendant's sur-reply (DI 249), plaintiff's motion for post-judgement relief (DI 234), defendant's opposition (DI 252), plaintiff's reply (DI 257), plaintiff's alternative motion to amend the judgment (DI 235), defendant's renewed motion for judgment as a matter of law (DI 236), plaintiff's opposition (DI 253), defendant's reply (DI 256), plaintiff's sur-reply (DI 262), and for reasons in the accompanying memorandum, it is **ORDERED**:

1.      Plaintiff's petition for attorney's fees and costs (DI 231) is **GRANTED** and we award $374,418.29 in fees and $25,834.02 in costs in relation to our sanctions decision (DI 195), and impose post-judgment interest at a rate of 3.8%.

2.      Plaintiff's motion for post-judgement relief (DI 234) is **DENIED**.

3.      Plaintiff's alternative motion to amend the judgment (DI 235) is **GRANTED**. Mr. McCready is entitled to delay damages in the amount of $5,349.32.  As such, the judgment is amended to reflect a total principal amount of $45,129.32.[1]

---

[1] Consistent with our previous order entering judgment in favor of Mr. McCready on his negligence claim, DI 251, post-judgment interest will also accrue at a rate of 3.48% until paid in full.

4.      Defendant's renewed motion for judgment as a matter of law (DI 236) is

**DENIED**.

5.      The Clerk of Court shall **close** this case.

**MURPHY, J.**